Vincent C. ABBOTT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 36218.

Missouri Court of Appeals, Western District.

April 16, 1985.

Ronald E. Partee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Mark A. Richardson, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and DIXON, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate conviction for possession of stolen property and sentence of three years imprisonment and a fine of $5,000.

Judgment affirmed. Rule 84.16(b).